1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SPEARMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendant. | Case Number:<br>2:20-cv-01594-KJD-NJK<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, SPECIALIZED LOAN SERVICING, LLC** |

Notice is hereby given that Plaintiff, Patricia A. Spearman, and Defendant, Specialized Loan Servicing, LLC, (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Specialized Loan Servicing, LLC.

. . .

. . .

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 1st day of April, 2021.

                              COGBURN LAW

By:    /s/Erik W. Fox   
      Jamie S. Cogburn, Esq.
      Nevada Bar No. 8409
      Erik W. Fox, Esq.
      Nevada Bar No. 8804
      2580 St. Rose Parkway, Suite 330
      Henderson, Nevada 89074
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, SPECIALIZED LOAN SERVICING, LLC** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 1st day of April, 2021.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

         /s/*Katie Johnson*
         An employee of Cogburn Law