1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

7 

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | PATRICIA A. SPEARMAN, an individual,

11 | Plaintiff,

12 | vs.

13 | SPECIALIZED LOAN SERVICING, LLC, a
Foreign Limited-Liability Company; and
14 | EXPERIAN INFORMATION SOLUTIONS,
INC., a Foreign Corporation,

15 

16 | Defendant.

Case Number:
2:20-cv-01594-KJD-NJK

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND DEFENDANT,
EXPERIAN INFORMATION
SOLUTIONS, INC.**

17 |     Notice is hereby given that Plaintiff, Patricia A. Spearman, and Defendant, Experian

18 | Information Solutions, Inc., (the "Parties") have reached an agreement to settle the claims alleged

19 | in the Complaint as to Defendant Experian Information Solutions, Inc.

20 | . . .

21 | . . .

22 | . . .

23 | . . .

24 | . . .

Page 1 of 2

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 15th day of April, 2021.

COGBURN LAW

By: ___*/s/Erik W. Fox*_____
        Jamie S. Cogburn, Esq.
        Nevada Bar No. 8409
        Erik W. Fox, Esq.
        Nevada Bar No. 8804
        2580 St. Rose Parkway, Suite 330
        Henderson, Nevada 89074
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 15th day of April, 2021.

☒     I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        /s/*Katie Johnson*_____
        An employee of Cogburn Law