# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SPEARMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-01594-KJD-NJK<br><br>**ORDER** |

On April 1, 2021, Plaintiff Patricia A. Spearman and Defendant Specialized Loan Servicing, LLC ("parties") filed a notice advising the Court that they had reached a settlement and that a stipulation of dismissal would be filed within 60 days. Docket No. 12. To date, the parties have neither filed a stipulation of dismissal nor requested an extension to do so. *See* Docket. Accordingly, the parties are hereby **ORDERED** to file a stipulation of dismissal, no later than June 7, 2021.

IT IS SO ORDERED.

Dated: June 3, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge