COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SPEARMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendant. | Case Number:<br>2:20-cv-01594-KJD-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT SPECIALIZED LOAN SERVICING, LLC ONLY** |

Plaintiff, Patricia A. Spearman ("Plaintiff") and Defendant, Specialized Loan Servicing, LLC, by and through their respective attorneys of record, request that the above-captioned matter

. . .

. . .

. . .

. . .

. . .

. . .

be dismissed with prejudice as to Defendant Specialized Loan Servicing, LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

| | |
|---|---|
| Dated this 7th day of June, 2021. | Dated this 7th day of June, 2021. |
| COGBURN LAW | SPENCER FANE LLP |
| By: */s/Erik W. Fox* | By: */s/Mary E. Bacon* |
| Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409<br>Erik W. Fox, Esq.<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff* | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>300 South 4th Street, Suite 950<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant, Specialized Loan Servicing, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

June 7, 2021
_____
DATE