1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

5
6

| | |
|---|---|
| PATRICIA A. SPEARMAN, | Case No. 2:20-cv-01594-KJD-NJK |
|     Plaintiff, | **ORDER** |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, et al., | |
|     Defendants. | |

7
8
9
10
11

12      On April 15, 2021, Plaintiff Patricia A. Spearman and Defendant Experian Information

13 Solutions, Inc. filed a notice advising the Court that they had reached a settlement and that a

14 stipulation of dismissal would be filed within 60 days.  Docket No. 13.  To date, these parties have

15 neither filed a stipulation of dismissal nor requested an extension to do so.  *See* Docket.

16 Accordingly, these parties are hereby **ORDERED** to file a stipulation of dismissal, no later than

17 June 22, 2021.

18      IT IS SO ORDERED.

19      Dated: June 15, 2021

20
21
                                  Nancy J. Koppe
                                  United States Magistrate Judge

22
23
24
25
26
27
28