COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. SPEARMAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SPECIALIZED LOAN SERVICING, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, <br><br> Defendant. | Case Number: 2:20-cv-01594-KJD-NJK <br><br><br> **STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Patricia A. Spearman ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

1  above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear

2  its own attorney fees and costs.

3  Dated this 22nd day of June, 2021.                    Dated this 22nd day of June, 2021.

4  COGBURN LAW                                           NAYLOR & BRASTER

5  By: */s/Erik W. Fox*                                  By: */s/Jennifer L. Braster*
       Jamie S. Cogburn, Esq.                                 Jennifer L. Braster, Esq.
6      Nevada Bar No. 8409                                    Nevada Bar No. 9982
       Erik W. Fox, Esq.                                      1050 Indigo Drive, Suite 200
7      Nevada Bar No. 8804                                    Las Vegas, NV 89145
       2580 St. Rose Parkway, Suite 330
8      Henderson, Nevada 89074                                JONES DAY
       *Attorneys for Plaintiff*                              Katherine A. Neben, Esq.
9                                                             Nevada Bar No. 14590
                                                              3161 Michelson Drive, Suite 800
10                                                            Irvine, CA 92612
                                                              *Attorneys for Experian Information*
11                                                           *Solutions, Inc.*

12           **IT IS SO ORDERED.**

13

14     _____
       UNITED STATES DISTRICT JUDGE
15

16       ___6/23/2021_____
         DATE
17

18

19

20

21

22

23

24